# EXHIBIT 2

10/07/2000  06:43   9187736067                    DAVID THORNTON                              PAGE  01
918 458 6217        COUNCILHOUSE
                                                                    09:34:37 a.m.   01-18-2007        1/2

# CERTIFICATION

TO: Tribal Council of the Cherokee Nation

WE, the Election Commission of the Cherokee Nation pursuant to Legislative Act 15-04, hereby certifies that the Ballot Title, that is attached hereto, marked, and incorporated into this Certification as Exhibit "A", complies with Legislative Act 15-04.

Dated this 11th day of January, 2007

*Patsy Morton*

Patsy Morton, Chairperson
Election Commission of the Cherokee Nation

ATTEST:

*Andrew Wilcoxen*

Andrew Wilcoxen, Secretary/Treasurer
Election Commission of the Cherokee Nation

01-17-J7P04:58 RCVD

10/07/2000  06:43   9187736067           DAVID THORNTON                         PAGE   02
918 458 6217        COUNCILHOUSE                        09:34:57 a.m.   01-18-2007    2/2

Exhibit "A"

**BALLOT TITLE AS REVISED BY THE ATTORNEY GENERAL'S OFFICE ON DECEMBER 29, 2006 (EXCLUDES SHOWING OF EDITS)**

This measure amends the Cherokee Nation Constitution section which deals with who can be a citizen of the Cherokee Nation. A vote "yes" for this amendment would mean that citizenship would be limited to those who are original enrollees or descendants of Cherokees by blood, Delawares by blood, or Shawnees by blood as listed on the Final Rolls of the Cherokee Nation, commonly referred to as the Dawes Commission Rolls closed in 1906. This amendment would take away citizenship of current citizens and deny citizenship to future applicants who are solely descendents of those on either the Dawes Commission Intermarried Whites or Freedmen Rolls. A vote "no" would mean that Intermarried Whites and Freedmen original enrollees and their descendants would continue to be eligible for citizenship. Neither a "yes" nor a "no" vote will affect the citizenship rights of those individuals who are original enrollees or descendants of Cherokees by blood, Delawares by blood, or Shawnees by blood as listed on the Final Rolls of the Dawes Commission Rolls closed in 1906.

**SHALL THE MEASURE BE APPROVED?**          **FOR THE MEASURE—YES**
                                            **AGAINST THE MEASURE—NO**